# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: CULBERTSON, RUTH § | Case No. 13-00667 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
DEBORAH K. EBNER                , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn St., 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/26/2013 in Courtroom 680, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Date Mailed:  08/20/2013         By:  /s/DEBORAH K. EBNER
                                                   Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

Case 13-00667    Doc 52    Filed 08/21/13    Entered 08/26/13 09:44:54    Desc Imaged
Certificate of Notice    Page 2 of 6

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CULBERTSON, RUTH         § Case No. 13-00667
                                §
                                §
Debtor(s)                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 166,511.00 |
| and approved disbursements of | $ 125,296.82 |
| leaving a balance on hand of [1] | $ 41,214.18 |
| **Balance on hand:** | $ 41,214.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 41,214.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 10,825.55 | 0.00 | 10,825.55 |
| Trustee, Expenses - DEBORAH K. EBNER | 60.83 | 0.00 | 60.83 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 8,983.00 | 0.00 | 8,983.00 |
| Accountant for Trustee, Fees - LOIS WEST | 1,032.00 | 0.00 | 1,032.00 |
| Other Fees: Robert A Boron | 240.00 | 0.00 | 240.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 21,141.38 |
| Remaining balance: | $ 20,072.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 20,072.80 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $173.21 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Brookfield Village Of | 173.21 | 0.00 | 173.21 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 173.21 |
| Remaining balance: | $ | 19,899.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,623.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 15,504.34 | 0.00 | 7,786.48 |
| 2 | Ronald P. Culbertson | 18,455.44 | 0.00 | 9,268.55 |
| 3 | Quantum3 Group LLC as agent for | 2,726.86 | 0.00 | 1,369.46 |
| 4 | Capital Recovery V, LLC | 2,937.21 | 0.00 | 1,475.10 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 19,899.59 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:  $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:  $       0.00

Prepared By: /s/DEBORAH K. EBNER
                          Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-00667-JPC
Ruth Culbertson                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales            Page 1 of 2           Date Rcvd: Aug 21, 2013
                              Form ID: pdf006            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2013.
```
db          +Ruth Culbertson,    401 W Lake Street,    #1024,    Northlake, IL 60164-2405
19893928     Bergner's (Carson Pirie),    PO Box 659813,    San Antonio, TX 78265-9113
20795781    +Brookfield Village Of,    8820 Brookfield Ave,    Brookfield Il 60513-1688
19893931   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195)
19893929    +Cb/berg,    PO Box 5253,    Carol Stream, IL 60197-5253
19893930    +Citi cards,    1500 Boltonfield St.,    Columbus, OH 43228-3669
19893934   #+Karen Vyhnanek,    3719 Raymond Ave.,    Brookfield, IL 60513-1565
19893936     PNC Mortgage,    Customer Service B6-YM07-01-7,    PO Box 1820,    Dayton, OH 45401-1820
19893935    +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
19893937    +Ronald P. Culbertson,    2927 Vernon Ave.,    Brookfield, IL 60513-1001
19893940     Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
19893941    +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19893942    +United Collection Bureau,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20453285     E-mail/PDF: rmscedi@recoverycorp.com Aug 22 2013 01:39:43     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19893932     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 22 2013 01:36:53      Discover Card,   PO Box 3008,
             New Albany, OH 43054-3008
20087134     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 22 2013 01:36:53      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19893933    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 22 2013 01:36:53      Discover Fin Svcs Llc,
             Pob 15316,    Wilmington, DE 19850-5316
20421765     E-mail/Text: bnc-quantum@quantum3group.com Aug 22 2013 01:04:47      Quantum3 Group LLC as agent for,
             Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
19893938     E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2013 01:37:26     Sam's Club,   PO Box 530942,
             Atlanta, GA 30353-0942
19893939    +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2013 01:37:55     Sams Club / GEMB,
             Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Robert A Boron,   Robert A. Boron, Ltd.
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2013**                **Signature:**        _Joseph Speetjens_

```
District/off: 0752-1         User: ccabrales              Page 2 of 2                 Date Rcvd: Aug 21, 2013
                             Form ID: pdf006              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2013 at the address(es) listed below:

```
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah  Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah  Kanner Ebner    on behalf of Accountant Lois  West dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah K Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
           sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
          Joel A Schechter, ESQ    on behalf of Defendant    Resurgence Financial, LLC joelschechter@covad.net
          Joseph A Baldi    on behalf of Debtor Ruth  Culbertson jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Julia D Loper    on behalf of Debtor Ruth  Culbertson jloper@baldiberg.com
          Linda M Kujaca    on behalf of Plaintiff Deborah K Ebner lkujaca@aol.com
          Linda M Kujaca    on behalf of Trustee Deborah  Kanner Ebner lkujaca@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Toni  Dillon    on behalf of Creditor    PNC Bank, N.A. tdillon@atty-pierce.com,
           northerndistrict@atty-pierce.com
                                                                                              TOTAL: 11
```