# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: CULBERTSON, RUTH                                    Case No. 13-00667
_____,              Chapter  7
                      Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,940.00                   Assets Exempt: $21,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $53,345.66   Claims Discharged
                                              Without Payment: $37,121.26

Total Expenses of Administration: $82,253.03

---

   3) Total gross receipts of $ 166,511.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,912.31 (see **Exhibit 2**), yielded net receipts of $135,598.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $30,113.00 | $33,272.86 | $33,272.86 | $33,272.86 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 82,253.03 | 82,253.03 | 82,253.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 173.21 | 173.21 | 173.21 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 55,778.44 | 39,623.85 | 39,623.85 | 19,899.59 |
| **TOTAL DISBURSEMENTS** | $85,891.44 | $155,322.95 | $155,322.95 | $135,598.69 |

4) This case was originally filed under Chapter 7 on January 08, 2013. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2013         By: /s/DEBORAH K. EBNER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Location: 3719 Raymond Ave., Brookfield IL 60513 | 1110-000 | 163,000.00 |
| Whole life insurance - MetLife CSV - $6,721.00 | 1129-000 | 3,511.00 |
| **TOTAL GROSS RECEIPTS** | | **$166,511.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ruth Culbertson - | | 8100-002 | 15,000.00 |
| Karen Vyhnenek | co-owner | 8500-000 | 15,912.31 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,912.31** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Pnc Mortgage | 4110-000 | 30,113.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Mortgage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| | Resurgence Financial | 4120-000 | N/A | 33,272.86 | 33,272.86 | 33,272.86 |
| **TOTAL SECURED CLAIMS** | | | **$30,113.00** | **$33,272.86** | **$33,272.86** | **$33,272.86** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 10,825.55 | 10,825.55 | 10,825.55 |
| DEBORAH K. EBNER | 2200-000 | N/A | 60.83 | 60.83 | 60.83 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 8,983.00 | 8,983.00 | 8,983.00 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 0.00 | 0.00 | 0.00 |
| Robert A Boron Ltd | 3210-600 | N/A | 240.00 | 240.00 | 240.00 |
| LOIS WEST | 3410-000 | N/A | 1,032.00 | 1,032.00 | 1,032.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Sarah Maxwell Grp | 2420-000 | N/A | 3,558.00 | 3,558.00 | 3,558.00 |
| Streamline Survey | 3991-620 | N/A | 365.00 | 365.00 | 365.00 |
| Jerry Hobfoll | 2500-000 | N/A | 600.00 | 600.00 | 600.00 |
| Sarah Maxwell Grp | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| Chicago Title | 2820-000 | N/A | 244.50 | 244.50 | 244.50 |
| Chicago Title | 2500-000 | N/A | 1,478.00 | 1,478.00 | 1,478.00 |
| Chicago TItle | 2820-000 | N/A | 3,162.91 | 3,162.91 | 3,162.91 |
| PNC Bank | 2500-000 | N/A | 33,833.24 | 33,833.24 | 33,833.24 |
| Chicago TItle | 3510-000 | N/A | 10,130.00 | 10,130.00 | 10,130.00 |
| Chicago TItle | 2420-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $82,253.03 | $82,253.03 | $82,253.03 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Brookfield Village Of | 5800-000 | N/A | 173.21 | 173.21 | 173.21 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $173.21 | $173.21 | $173.21 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 14,765.00 | 15,504.34 | 15,504.34 | 7,786.48 |
| 2 | Ronald P. Culbertson | 7100-000 | 18,455.44 | 18,455.44 | 18,455.44 | 9,268.55 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | 2,384.00 | 2,726.86 | 2,726.86 | 1,369.46 |
| 4 | Capital Recovery V, LLC | 7100-000 | 2,777.00 | 2,937.21 | 2,937.21 | 1,475.10 |
| NOTFILED | Sears/cbna | 7100-000 | 2,565.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | United Collection Bureau | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bergner's (Carson Pirie) | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi cards | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 14,832.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Card | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $55,778.44 | $39,623.85 | $39,623.85 | $19,899.59 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-00667  
**Case Name:** CULBERTSON, RUTH  

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 01/08/13 (f)  
**§341(a) Meeting Date:** 02/19/13  

**Period Ending:** 10/27/13  
**Claims Bar Date:** 05/24/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 3719 Raymond Ave., Brookfield IL 60513 | 68,500.00 | 0.00 | | 163,000.00 | FA |
| 2 | Lot 951, Section 5, St. Mary's Cemetary, Paid $1 | Unknown | 0.00 | | 0.00 | FA |
| 3 | Savings account, Brookfield National Bank, 9136 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account, Brookfield National Bank, 9136 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | TV and old applicances | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Used furniture | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Used clothing, shoes and coats. | 400.00 | 0.00 | | 0.00 | FA |
| 8 | 2 Watches | 90.00 | 0.00 | | 0.00 | FA |
| 9 | Costume jewelry. | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Whole life insurance - MetLife CSV - $6,721.00 | 6,721.00 | 3,511.00 | | 3,511.00 | FA |
| 11 | 2003 Chevy Cavalier - 91,000 miles (fair to poor | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets** **Totals** (Excluding unknown values) | **$79,161.00** | **$3,511.00** | | **$166,511.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is selling real estate in Brookfield, Illinois; closing day continued to 6/28 after which case can be closed.

**Initial Projected Date Of Final Report (TFR):** December 31, 2015     **Current Projected Date Of Final Report (TFR):** August 20, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-00667 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | CULBERTSON, RUTH | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****971766 - Checking Account |
| Taxpayer ID #: | **-***3882 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/27/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/12/13 | {10} | Ruth Culbertson | insurance liquidation from debtor | 1129-000 | 3,511.00 | | 3,511.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,501.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 3,491.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,481.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,471.00 |
| 07/06/13 | | Chicago TItle | Gross sale price $163,000 | | 52,743.18 | | 56,214.18 |
| | {1} | | 163,000.00 | 1110-000 | | | 56,214.18 |
| | | Karen Vyhnenek | co-owner           -15,912.31 | 8500-000 | | | 56,214.18 |
| | | Resurgence Financial | Lien -Karen Vyhnenek  -33,272.86 | 4120-000 | | | 56,214.18 |
| | | Sarah Maxwell Grp | Moving & trash removal   -3,558.00 | 2420-000 | | | 56,214.18 |
| | | Streamline Survey | survey              -365.00 | 3991-620 | | | 56,214.18 |
| | | Jerry Hobfoll | attorney fee         -600.00 | 2500-000 | | | 56,214.18 |
| | | Sarah Maxwell Grp | Advertising          -200.00 | 2500-000 | | | 56,214.18 |
| | | Chicago Title | transfer tax          -244.50 | 2820-000 | | | 56,214.18 |
| | | Chicago Title | Title charges       -1,478.00 | 2500-000 | | | 56,214.18 |
| | | | County taxes       -3,162.91 | 2820-000 | | | 56,214.18 |
| | | PNC Bank | Payoff first mortgage -33,833.24 | 2500-000 | | | 56,214.18 |
| | | | Real Estate Commission -10,130.00 | 3510-000 | | | 56,214.18 |
| | | | Repair             -7,500.00 | 2420-000 | | | 56,214.18 |
| 07/06/13 | 101 | Ruth Culbertson - | | 8100-002 | | 15,000.00 | 41,214.18 |
| 09/27/13 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $60.83, Trustee Expenses;  Reference: | 2200-000 | | 60.83 | 41,153.35 |
| 09/27/13 | 103 | DEBORAH K. EBNER | Dividend paid 100.00% on $10,825.55, Trustee Compensation;  Reference: | 2100-000 | | 10,825.55 | 30,327.80 |
| 09/27/13 | 104 | LOIS WEST | Dividend paid 100.00% on $1,032.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,032.00 | 29,295.80 |
| 09/27/13 | 105 | Robert A Boron | Dividend paid 100.00% on $240.00, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 240.00 | 29,055.80 |
| 09/27/13 | 106 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $8,983.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,983.00 | 20,072.80 |
| 09/27/13 | 107 | Brookfield Village Of | Dividend paid 100.00% on $173.21; Claim# 5; Filed: $173.21; Reference: | 5800-000 | | 173.21 | 19,899.59 |
| 09/27/13 | 108 | Discover Bank | Dividend paid  50.22% on $15,504.34; Claim# 1; Filed: $15,504.34; Reference: XXXXXXXXXXXX1049 | 7100-000 | | 7,786.48 | 12,113.11 |
| 09/27/13 | 109 | Ronald P. Culbertson | Dividend paid  50.22% on $18,455.44; Claim# | 7100-000 | | 9,268.55 | 2,844.56 |
| | | | Subtotals : | | $56,254.18 | $53,409.62 | |

{} Asset reference(s)

Printed: 10/27/2013 08:43 PM   V.13.13

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 13-00667  
**Case Name:** CULBERTSON, RUTH  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****971766 - Checking Account  

**Taxpayer ID #:** **-***3882  
**Period Ending:** 10/27/13  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/13 | 109 | Ronald P. Culbertson | 2; Filed: $18,455.44; Reference: Voided on 09/27/13 | | | | |
| 09/27/13 | 109 | Ronald P. Culbertson | Dividend paid 50.22% on $18,455.44; Claim# 2; Filed: $18,455.44; Reference: Voided: check issued on 09/27/13 | 7100-000 | | -9,268.55 | 12,113.11 |
| 09/27/13 | 110 | Quantum3 Group LLC as agent for | Dividend paid 50.22% on $2,726.86; Claim# 3; Filed: $2,726.86; Reference: XXXXXXXXXXXX8040 Voided on 09/27/13 | 7100-000 | | 1,369.46 | 10,743.65 |
| 09/27/13 | 110 | Quantum3 Group LLC as agent for | Dividend paid 50.22% on $2,726.86; Claim# 3; Filed: $2,726.86; Reference: XXXXXXXXXXXX8040 Voided: check issued on 09/27/13 | 7100-000 | | -1,369.46 | 12,113.11 |
| 09/27/13 | 111 | Capital Recovery V, LLC | Dividend paid 50.22% on $2,937.21; Claim# 4; Filed: $2,937.21; Reference: XXXXXXXXXXXX9710 Voided on 09/27/13 | 7100-000 | | 1,475.10 | 10,638.01 |
| 09/27/13 | 111 | Capital Recovery V, LLC | Dividend paid 50.22% on $2,937.21; Claim# 4; Filed: $2,937.21; Reference: XXXXXXXXXXXX9710 Voided: check issued on 09/27/13 | 7100-000 | | -1,475.10 | 12,113.11 |
| 09/27/13 | 112 | Capital Recovery V, LLC | Ref # XXXXXXXXXXXX9710 | 7100-000 | | 1,475.10 | 10,638.01 |
| 09/27/13 | 113 | Quantum3 Group LLC as agent for | Ref # XXXXXXXXXXXX8040 | 7100-000 | | 1,369.46 | 9,268.55 |
| 09/27/13 | 114 | Ronald P. Culbertson | Voided on 09/27/13 | 7100-000 | | 9,268.55 | 0.00 |
| 09/27/13 | 114 | Ronald P. Culbertson | Voided: check issued on 09/27/13 | 7100-000 | | -9,268.55 | 9,268.55 |
| 09/27/13 | 115 | Ronald P. Culbertson | | 7100-000 | | 9,268.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 56,254.18 | 56,254.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 56,254.18 | 56,254.18 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$56,254.18** | **$41,254.18** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 13-00667 | | Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- | --- | --- | --- |
| Case Name: | CULBERTSON, RUTH | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****971766 - Checking Account |
| Taxpayer ID #: | **-***3882 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/27/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
| | | | Checking # ****971766 | | 56,254.18 | 41,254.18 | 0.00 |
| | | | | | $56,254.18 | $41,254.18 | $0.00 |

{} Asset reference(s)

Printed: 10/27/2013 08:43 PM   V.13.13